# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 21-2320V**

|  |  |
|---|---|
| DEBRA PETERSON,<br><br>               Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>               Respondent. | Chief Special Master Corcoran<br><br>Filed: August 22, 2023 |

*Jeffrey S. Pop, Jeffrey S. Pop & Associates, Beverly Hills, CA, for Petitioner.*

*Jamica Marie Littles, U.S. Department of Justice, Washington, DC, for Respondent.*

## <u>DECISION AWARDING DAMAGES</u>[1]

On December 21, 2021, Debra Peterson filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered Guillain-Barré Syndrome (GBS) after receiving an influenza (flu) vaccination on September 24, 2019. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On October 24, 2022, a ruling on entitlement was issued, finding Petitioner entitled to compensation for GBS. On August 21, 2023, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $304,580.20, including $150,500.00 for pain and suffering, $17,471.45 for unreimbursed expenses, and $136,608.75 for lost wages. Proffer at 1-2. In the Proffer, Respondent represented that

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $304,580.20, including $150,500.00 for pain and suffering, $17,471.45 for unreimbursed expenses, and $136,608.75 for lost wages in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

---

| | |
|---|---|
| DEBRA PETERSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) No. 21-2320V |
| v. | ) Chief Special Master Corcoran |
| | ) ECF |
| SECRETARY OF HEALTH | ) |
| AND HUMAN SERVICES, | ) |
| | ) |
| Respondent. | ) |
| | ) |

---

## PROFFER ON AWARD OF COMPENSATION[1]

### I.    Procedural History

On December 21, 2021, Debra Peterson ("petitioner") filed a petition for compensation

("petition") under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -

34, *as amended*.  She alleges that as a result of receiving the influenza vaccine on September 24,

2019, she suffered from Guillain-Barre Syndrome ("GBS").  *See* Petition, ECF No. 1.

On October 21, 2022, respondent filed his Vaccine Rule 4(c) report, concluding that

petitioner suffered GBS as defined by the Vaccine Injury Table, within the Table timeframe.

ECF No. 18.  On October 24, 2022, the Chief Special Master issued a ruling on entitlement,

finding that petitioner was entitled to compensation for a GBS Table injury.  ECF No. 19.

### II.    Items of Compensation

Based upon the evidence of record, respondent proffers that petitioner should be awarded

a lump sum of **$304,580.20,** for all damages, including $150,500.00 for pain and suffering,

---

[1]  This Proffer does not include attorneys' fees and costs, which the parties intend to address after
the Damages Decision is issued.

$17,471.45 for unreimbursed expenses, and $136,608.75 for lost wages.  This amount represents

all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a).

Petitioner agrees.

## III.    Form of the Award

Respondent recommends that the compensation be provided to petitioner through a lump

sum payment, as described below, and requests that the Chief Special Master's decision and the

Court's judgment award the following: A lump sum payment of **$304,580.20** in the form of a

check payable to petitioner.[2]  Petitioner agrees.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

DARRYL R. WISHARD
Assistant Director
Torts Branch, Civil Division

---

[2]  Should petitioner die prior to entry of judgment, respondent would oppose any award for
future medical expenses, future lost earnings, and future pain and suffering, and the parties
reserve the right to move the Court for appropriate relief.

2

*/s Jamica M. Littles*
JAMICA M. LITTLES
Trial Attorney
Torts Branch, Civil Division
U. S. Department of Justice
P.O. Box l46
Benjamin Franklin Station
Washington, D.C.  20044-0146
Phone: (202) 305-4014
Email:  jamica.m.littles@usdoj.gov

Dated:  August 21, 2023